```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                        EASTERN DIVISION
```

DAVID LYNCH                                              PETITIONER

VERSUS                             CIVIL ACTION NO.  4:07cv153-TSL-LRA

STATE OF MISSISSIPPI                                     RESPONDENT

## FINAL JUDGMENT

This cause is before the court, <u>sua</u> <u>sponte</u>, for consideration of dismissal.  Pursuant to the memorandum opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice for failure to comply with the orders of this court.

SO ORDERED AND ADJUDGED, this the  6th  day of March, 2008.


                                    /s/Tom S. Lee
                                    UNITED STATES DISTRICT JUDGE